UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 16  P 4: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MICHAEL P. THORNTON,<br><br>　　　　Plaintiff,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br><br>　　　　Defendant. | C.A. No. 03-12398-JLT |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Now comes the Defendant, Countrywide Home Loans, Inc. ("Countrywide"), by and through its undersigned counsel, and hereby files this Assented-to Motion For Extension Of Time To Respond To Plaintiff's Complaint. Countrywide seeks a thirty (30) day extension of time allowing Countrywide until January 16, 2004 to answer or otherwise respond to Plaintiff's Complaint. Counsel for the Plaintiff has assented to this Motion. In support of this Motion, Countrywide also files the accompanying Memorandum of Law.

WHEREFORE, Countrywide respectfully requests that the Court grant this Motion and enter an order allowing Countrywide until January 16, 2004 to answer or otherwise respond to Plaintiff's Complaint.

**COUNTRYWIDE HOME LOANS, INC.**

By its Attorneys,

*/s/ Angel Taveras by TR*
Angel Taveras
(BBO # 635526)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, Rhode Island 02903
(401) 276-2600
(401) 276-2601 Fax

Date: December 16, 2003

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred in good faith with opposing counsel to resolve this issue.

*/s/ Angel Taveras by TR*
Angel Taveras

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2003, a true copy of the within Assented-to Motion For Extension Of Time To Respond To Plaintiff's Complaint was served, by first class mail, postage prepaid, upon:

Michael P. Thornton, Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

*/s/ Angel Taveras /by TC*

#50204782 v\1 - taveraa - w29@01!.doc - 23579/3