UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 16  P 4: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL P. THORNTON,

    Plaintiff,

vs.

COUNTRYWIDE HOME LOANS, INC.,

    Defendant.

C.A. No. 03-12398-JLT

## MEMORANDUM OF LAW IN SUPPORT OF ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Now comes the Defendant, Countrywide Home Loans, Inc. ("Countrywide"), by and through its undersigned counsel, and hereby files this Memorandum of Law in Support of Assented-to Motion For Extension Of Time To Respond To Plaintiff's Complaint. Countrywide seeks a thirty (30) day extension of time allowing Countrywide until January 16, 2004 to answer or otherwise respond to Plaintiffs' Complaint. In support of its Motion, Countrywide states as follows:

1. On or about November 26, 2003, Plaintiff filed a complaint (the "Complaint") against Countrywide alleging various causes of action arising from payments Plaintiff made pursuant to a mortgage loan.

2. On December 12, 2003, Countrywide retained Brown Rudnick Berlack Israels LLP as counsel in this matter.

3. Pursuant to the Federal Rules of Civil Procedure, a response to the Complaint is due on or about December 16, 2003, assuming the Complaint was served on November 26, 2003.

4. Countrywide needs a thirty (30) day extension to investigate the facts of this matter in order to properly respond to the Complaint.

5. Countrywide's counsel has obtained Plaintiff's counsel's assent to the 30-day extension.

WHEREFORE, Countrywide respectfully requests that the Court grant its Motion and enter an order allowing Countrywide until January 16, 2004 to answer or otherwise respond to Plaintiff's Complaint.

**COUNTRYWIDE HOME LOANS, INC.**

By its Attorneys,

*Angel Taveras /by TL*
Angel Taveras
(BBO # 635526)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, Rhode Island 02903
(401) 276-2600
(401) 276-2601 Fax

Date: December 16, 2003

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2003, a true copy of the within Memorandum of Law in Support of Assented-to Motion For Extension Of Time To Respond To Plaintiffs' Complaint was served, by first class mail, postage prepaid, upon:

Michael P. Thornton, Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

*Angel Tavera /by TL*

#50204772 v\2 - taveraa - w29002!.doc - 23579/3