UNITED STATES DISTRICT COURT
DISTRICT OF THE COMMONWEALTH OF MASSACHUSETTS

MICHAEL P. THORNTON, )
)
Plaintiff, )
vs. ) C.A. No. 03-12398-JLT
)
COUNTRYWIDE HOME LOANS, INC., )
)
Defendant. )

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT COUNTRYWIDE HOME LOANS, INC.**

Pursuant to Local Rule 7.3, Defendant Countrywide Home Loans, Inc. hereby identifies its parent corporation Countrywide Financial Corporation.

Date: April 20, 2004

**COUNTRYWIDE HOME LOANS, INC.**

By its Attorneys,

_____
Angel Taveras (BBO # 635526)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, Rhode Island  02903
(401) 276-2600
(401) 276-2601 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2004, I served a true copy of the within Local Rule 7.3 Corporate Disclosure Statement Of Defendant Countrywide Home Loans, Inc. by, first class mail, postage prepaid, upon Michael P. Thornton, Esq., Thornton & Naumes, LLP, 100 Summer Street, 30th Floor, Boston, MA 02110.

*[signature]*

#50207963 v\1 - taveraa - w4pn01!.doc - 23579/3