UNITED STATES DISTRICT COURT
DISTRICT OF THE COMMONWEALTH OF MASSACHUSETTS

MICHAEL P. THORNTON,

    Plaintiff,

vs.

COUNTRYWIDE HOME LOANS, INC.,

    Defendant.

C.A. No. 03-12398-JLT

## LOCAL RULE 26.1 (B) DISCLOSURE OF DEFENDANT COUNTRYWIDE HOME LOANS, INC.

The defendant Countrywide Home Loans, Inc. provides the following disclosure pursuant to Local Rule 26.1(B):

(a)    Countrywide Home Loans, Inc. believes the following person may have substantial discoverable information about the claim:

1. Thomasina Sanders of Countrywide Home Loans, Inc., 400 Countrywide Way, MS SV -314, Simi Valley, California 93065-6296, may be able to provide information concerning the plaintiff's loan account with Countrywide Home Loans, Inc., his payments on the account, his request for a refund, communications with Countrywide Home Loans, Inc., and the ultimate check which was sent to plaintiff in November 2003.

2. Angie Nunnelly and Kristy Hall may have information concerning plaintiff's initial contact with Countrywide Home Loans, Inc., in September 2003 requesting a refund.

(b)    Countrywide Home Loans, Inc. has taken or obtained no statements from opposing parties or their officers, directors and employees.

(c)     Countrywide Home Loans, Inc. knows of no governmental agencies or officials who have investigated this transaction.

Signed under the pains and penalties of perjury this __19__ day of April, 2004.

_____

Date: April __20__, 2004        **COUNTRYWIDE HOME LOANS, INC.**

By its Attorneys,

_____
Angel Taveras (BBO # 635526)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, Rhode Island 02903
(401) 276-2600
(401) 276-2601 Fax

### CERTIFICATE OF SERVICE

I hereby certify that on this __19th__ day of April 2004, I served a true copy of the within Local Rule 26.1 (B) Disclosure Of Defendant Countrywide Home Loans, Inc. by, ~~first-class~~ overnight mail, postage prepaid, upon Michael P. Thornton, Esq., Thornton & Naumes, LLP, 100 Summer Street, 30th Floor, Boston, MA 02110.

_____

#50207885 v\1 - taveraa - w4nh01!.doc - 23579/3