```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

MICHAEL P. THORNTON,
    Plaintiff,


    V                  CA 03-12398-JLT

COUNTRYWIDE HOME LOANS, INC.,
   Defendant.


### SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

  The court having been advised on April 29, 2004 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>60</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.


                                            Zita Lovett
                                              /s/
                                      _____
                                      Deputy Clerk

April 30, 2004