UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE COMMONWEALTH OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -4 P 1:44
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MICHAEL P. THORNTON, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTRYWIDE HOME LOANS, INC., <br><br> Defendant. | C.A. No. 03-12398-JLT |

## STIPULATION

Now come the parties, Plaintiff, Michael P. Thornton and Defendant Countrywide Home Loans, Inc., by and through their respective undersigned counsel, and hereby stipulate and agree that this action may be dismissed with prejudice and without costs.

MICHAEL P. THORNTON

By his attorney,

_____
Michael P. Thornton
(BBO # 497390)
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

COUNTRYWIDE HOME LOANS, INC.

By its attorneys,

_____
Angel Taveras
BBO #635526
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Date: ~~April~~ June 2, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April June 2004, I served a true copy of the within Stipulation of Dismissal by, first class mail, postage prepaid, upon:

Michael P. Thornton, Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Angel Taveras
Angel Taveras

#50208317 v\1 - taveran - w4zh01!.doc - 23579/3

2